UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul J. Schmitt and Michelle M. Schmitt, <br><br>  Plaintiffs, <br><br> vs. <br><br> Collectors Training Institute of Illinois, a State of Illinois Corporation, d/b/a CTI Collection Services, Debra Nelson, individually, and Neal Green, individually, <br><br>  Defendants. | Civil File No.  07-cv-03402-PAM-JSM <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

_____

Pursuant to the Stipulation of Dismissal with Prejudice executed by Plaintiff and Defendants,

IT IS HEREBY ORDERED that judgment be entered dismissing the Plaintiff's claims against Defendants, with prejudice, and without costs or disbursements being assessed or charged to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October  29 , 2007          BY THE COURT:


   s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court